# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1801 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 201 DB 2011 |
| v. | : | |
| | : | Attorney Registration No. 23113 |
| SAMUEL FOLEY, JR., | : | |
| Respondent | : | (Philadelphia) |

## O R D E R

**PER CURIAM:**

    **AND NOW**, this 14th day of August, 2014, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 22, 2014, it is hereby

    ORDERED that Samuel Foley, Jr., is disbarred from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa. R.D.E.

    It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa. R.D.E.